UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

               Plaintiff

      -v-                                           11-CV-542S

ONE 1994 NISSAN SKYLINE, VEHICLE
IDENTIFICATION NUMBER ECR33017878,

               Defendant

## **<u>DEFAULT JUDGMENT AND ORDER OF FORFEITURE</u>**

Upon the application of the plaintiff in this action pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and it appearing that all of the persons known or thought to have an interest in or claim to the defendant vehicle having been given due notice of these proceedings, and no response to plaintiff's motion having been filed, and after full and careful consideration of the plaintiff's motion, and all prior pleadings and proceeding in this matter, it is hereby

**ORDERED,** that this Judgment of Default be entered against the defendant vehicle and it is hereby

**ORDERED**, that the defendant One 1994 Nissan Skyline, Vehicle Identification Number ECR33017878, is hereby forfeited to the United States of America pursuant to Title 19, United States Code, Sections 1436(b), 1497(a)(1) and (2), 1595a(c)(1)(A), and 1595a(c)(2)(A); and it is further

**ORDERED**, that the Department of Homeland Security, U.S. Customs and Border Protection, shall dispose of the defendant vehicle in accordance with law; and it is further

**ORDERED,** that any claims to the defendant vehicle are hereby forever barred.

DATED: Buffalo, New York, November 5, 2011.

                                                  s/William M. Skretny  
                                                WILLIAM M. SKRETNY  
                                                Chief Judge  
                                                United States District Court